1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## SOUTHERN DISTRICT OF CALIFORNIA

9

10 LYONS PARTNERSHIP, L.P., a Texas
limited partnership,
11

12              v.

13 NATIONAL DISCOUNT COSTUME CO.,
INC., ET AL.
14

15 HIT ENTERTAINMENT, INC., ET AL.

16

17              vs.

18 NATIONAL DISCOUNT COSTUME CO.,
INC., ET AL.
19

20

CASE NO. 96cv987 BTM(AJB)
              06cv605 BTM(AJB)
              06cv702 BTM(AJB)

**ORDER GRANTING APPLICATION
FOR AN EXTENSION OF TIME**

Plaintiff,

Defendants.

Plaintiffs,

Defendants.

21       Counsel for defendants Ai Quach and American Chinese Times has filed an

22 application for an extension of time to file an opposition to Plaintiffs' Motion for Summary

23 Judgment.   Counsel for defendant Costume Enterprises, Inc., has also requested an

24 extension of time.

25       The Court has reviewed the declarations submitted in support of the applications and

26 is satisfied that good cause exists to grant the requested relief.  Therefore, Defendants'

27 applications are **GRANTED** and the deadline for filing opposition papers is extended to and

28 including **September 4, 2007**.  The reply shall be filed on or before **September 17, 2007**.

The hearing on the Motion for Summary Judgment is **CONTINUED** to **September 21, 2007 at 11:00 a.m.**  Unless otherwise directed by the Court, there shall be no oral argument, and no personal appearances are necessary.

The Court shall consider the Motion for Summary Judgment despite the fact that Plaintiffs' counsel filed the motion one day after the motion cut-off date.  In the future, Plaintiffs' counsel should take care to comply with all applicable deadlines and should file a timely application for relief from any deadline that cannot be met.

**IT IS SO ORDERED.**

DATED:  August 3, 2007

Honorable Barry Ted Moskowitz
United States District Judge